**Order entered April 15, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00770-CR

**MARLON JUAN LALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 2-21-0335**

**ORDER**

Before the Court is the State's third motion for an extension of time to fille

its brief. We **GRANT** the motion and **ORDER** the State's brief due by May 13,

2022.

We **DIRECT** the Clerk to set this case at issue.

/s/     ERIN A. NOWELL
        JUSTICE